IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT, | § § § § § | |
| Plaintiff | | |
| v. | § § § § § § § § § | Case No. 4:16-cv-02842 |
| MILLS ROAD MUNICIPAL UTILITY DISTRICT, *et al.*, | | |
| Defendants. | | |

## JOINT STIPULATION TO ABATE

Plaintiff and Defendants in the above-captioned matter hereby file this Joint Stipulation to Abate as follows:

1. Plaintiff filed its Original Complaint and Request for Preliminary Injunction against Defendants on September 21, 2016. (Dkt. 1). On October 4, 2016, Defendants filed a Motion to Dismiss and Response to Plaintiff's Request for Injunctive Relief. (Dkt. 5). On October 5, 2016, the Court held a hearing on Plaintiff's Application for Preliminary Injunction. At such hearing, the Court ordered Plaintiff to submit briefing on the Court's subject matter jurisdiction. Plaintiff filed its Response to Defendant's Motion to Dismiss on October 14, 2016. (Dkt. 6).

2. The parties have agreed to enter informal settlement negotiations.

3. Accordingly, the parties hereby stipulate and respectfully request that the Court abate the proceedings and withhold ruling on Defendant's Motion to Dismiss and

Plaintiff's Application for Preliminary Injunction for a period of 30 days from the date of this Stipulation.

    Respectfully submitted,

    ROGERS, MORRIS & GROVER, LLP

    _____
    MICHELLE R. MORRIS
    Texas Bar No. 24004702
    Southern District ID No. 22599
    5718 Westheimer Rd., Suite 1200
    Houston, Texas 77057
    Telephone:   713-960-6000
    Facsimile:    713-960-6025

    ATTORNEY FOR PLAINTIFF
    CYPRESS-FAIRBANKS ISD

    OLSON & OLSON, LLP

    ANDREA CHAN
    Texas Bar No. 04086600
    Southern District ID No. 14940
    Wortham Tower, Suite 600
    2727 Allen Parkway
    Houston, Texas 77019-2133
    Telephone: (713) 533-3800
    Facsimile: (713) 533-3888

    ATTORNEY FOR DEFENDANTS,
    MILLS ROAD MUNICIPAL
    UTILITY DISTRICT, LARRY
    CARNEY, HANK CARLTON,
    JACK MAYER, BOBBI VASEK,
    AND ALFRED G. RODRIGUEZ

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Hightower
jhightower@olsonllp.com
Scott Bounds
sbounds@olsonllp.com
Andrea Chan
achan@olsonllp.com
**Olson & Olson, LLP**
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019-2133

_____
Attorney for Plaintiff